# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pedro Gomez-Diaz**<br>DOB: xx-xx-1967; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**15-00242MJ** |

Complaint for violation of Title 8 United States Code §'§1324(a)(2)(B)(ii) & 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony):** On or about May 7, 2015, at or near Casa Grande, in the District of Arizona, **Pedro Gomez-Diaz**, knowing or in reckless disregard that aliens, including Francisco Ajtzalan-Ixmata, Jose Guadalupe Yax-Velasquez and Alejandro Gonzalez-Mejia, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States such aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section 1324(a)(2)(B)(ii).**

**COUNT 2 (Misdemeanor):** On or about May 7, 2015, at or near Casa Grande, in the District of Arizona, **Pedro Gomez-Diaz**, did unlawfully aid and abet certain aliens, Francisco Ajtzalan-Ixmata, Jose Guadalupe Yax-Velasquez and Alejandro Gonzalez-Mejia, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325 and Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 7, 2015, at or near Casa Grande, in the District of Arizona, United States Border Patrol (USBP) Agents apprehended a group of five subjects who were walking in a remote area of the desert. Four of the five subjects were later identified as **Pedro Gomez-Diaz**, Francisco Ajtzalan-Ixmata, Jose Guadalupe Yax-Velasquez and Alejandro Gonzalez-Mejia.

The material witnesses, Francisco Ajtzalan-Ixmata, Jose Guadalupe Yax-Velasquez and Alejandro Gonzalez-Mejia, are not citizens or nationals of the United States and do not possess any documents that would allow them to enter or remain in the United States legally. The material witnesses stated they had made arrangements to be smuggled into the United States in exchange for money. Furthermore, the material witnesses stated they had been smuggled across the border and into the United States, by a foot guide who led them through the desert and was later apprehended as part of their group. Two of the material witnesses, Yax-Velasquez and Gonzalez-Mejia, stated the foot guide instructed them to lie to USBP agents and not reveal that he also had been apprehended. The material witnesses were shown a photo array containing pictures of each member of their group, and were asked to identify who each person was and to state how they knew them. Using the photo array, the material witnesses identified **Pedro Gomez-Diaz** as the foot guide who had smuggled them into the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Francisco Ajtzalan-Ixmata, Jose Guadalupe Yax-Velasquez and Alejandro Gonzalez-Mejia

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA DPF *[signature]* | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>May 8, 2015 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54